THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SCOTT LINMAN, on behalf of himself and all others similarly situated,<br><br>       Plaintiffs,<br> v.<br><br>MARTEN TRANSPORT, LTD.<br><br>       Defendant. | Case No. 3:22-cv-00204<br>**PROPOSED DISCOVERY PLAN** |

Pursuant to this Court's Order dated June 7, 2022 scheduling a Preliminary Pretrial Conference for July 8, 2022 and the Court's Standing Order Governing Preliminary Pretrial Conferences, Plaintiff Scott Linman ("Plaintiff") and Defendant Marten Transport, Ltd. ("Marten Transport") (together, the "Parties") submit the following Proposed Discovery Plan:

**1. Concise Statement of the Nature of the Case**

Plaintiff brings a putative class action against Marten Transport arising out a data security incident in which an unknown actor gained access to certain of Marten Transport's systems between September 30, 2021 and October 4, 2021 and viewed or downloaded certain information. Plaintiff, who alleges to have been a former prospective employee of Marten Transport, claims to have received notice that some of his personal information may have been involved in this incident in March 2022, and seeks relief related thereto.

As stated in Marten Transport's pending motion to dismiss, it denies that Plaintiff has Article III standing to bring his Complaint and that he has sufficient pled his causes of action. Marten Transport further denies any wrongdoing, as alleged in the Complaint.

**2. Names of Any Related Cases**

None.

**3.     Material Factual and Legal Issues to be Resolved at Trial**

Whether Marten Transport committed any wrongdoing, as alleged in the Complaint. Whether Plaintiff has standing to bring his claims and has sustained any damages, as alleged. Whether a class, as proposed by Plaintiff, can be certified.

**4.     Amendments to the Pleadings that Any Party Intends to Make**

Marten Transport has not yet filed an Answer to the Complaint, as its Motion to Dismiss is pending.

**5.     Identity of Any New Parties to be Added**

Presently, the Parties do not anticipate seeking to add any parties to this matter. This may change as its investigation and discovery progress.

**6.     Estimated Trial Length**

4-5 days.

**7.     Other Matters Affecting the Just, Speedy and Inexpensive Determination of This Case, or which the Court Should Take into Account.**

None at present.

**8.     Proposed Discovery Plan.**

<u>Initial Disclosures</u>: Parties shall submit their Initial Disclosures as required by Rule 26(a)(1) within fourteen (14) days of the Court's ruling on Marten Transport's pending Motion to Dismiss.

<u>Phased Discovery</u>:  The Parties do not believe phased discovery is necessary.

<u>ESI Protocol</u>:  The Parties will confer on an ESI protocol and submit to the Court for entry, as appropriate.

<u>Protective Order</u>:  The Parties will confer on a protective order of confidential or proprietary information and submit to the Court for entry, as appropriate.

<u>Dispositive Motions</u>: Dispositive motions shall be filed by July 31, 2023.

<u>Class Fact Discovery</u>:  Discovery shall be stayed until twelve weeks after the Court rules on Marten Transport's pending Motion to Dismiss. All class fact discovery shall be completed by May 1, 2023.

<u>Expert Discovery</u>: Plaintiff shall disclose any expert witnesses and reports with respect to class certification, pursuant to Rule 26(a)(2) by May 15, 2023. Defendants shall disclose any expert witnesses and reports with respect to class certification, pursuant to Rule 26(a)(2) by June 15, 2023. All expert discovery for class certification shall be completed by July 15, 2023.

<u>Class Certification</u>: A motion for class certification must be filed by September 15, 2023.

<u>*Daubert* Motions</u>: All *Daubert* motions shall be filed by September 15, 2023. Oppositions shall be filed by October 15, 2023, and replies by November 15, 2023.

<u>Trial</u>:  Trial shall be scheduled for early 2024.

Dated: July 5, 2022

          */s/ Jordan O'Donnell*
          Jordan O'Donnell
          **MULLEN COUGHLIN**
          3 Allied Drive, Suite 303
          Dedham, MA  02026
          Tel: 267-930-4106
          Email: jsodonnell@mullen.law

          ***Attorneys for Defendant***

          */s/ Terence R. Coates*
          Terence R. Coates
          **MARKOVITS, STOCK & DEMARCO, LLC**
          119 East Court Street, Suite 530
          Cincinnati, OH 45202
          Tel: 513-651-3700
          Email: tcoates@msdlegal.com

          ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I, Jordan S. O'Donnell, counsel for Defendant Marten Transport, Ltd., state that on July 5, 2022, I filed a true and correct copy of the foregoing document via the Court's electronic filing system, which caused a copy to be served on all counsel of record.

By: */s/ Jordan S. O'Donnell*
Jordan S. O'Donnell