UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **SCOTT LINMAN**, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**MARTEN TRANSPORT, LTD.**,<br><br>    Defendant. | Case No.: 3:22-cv-00204<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY PROCEEDINGS** |

Plaintiff Scott Linman, ("Plaintiff") and Defendant Marten Transport, LTD., ("Defendant") (collectively, "Parties"), by and through their attorneys, hereby notify the Court that the Parties have reached a settlement in this action and jointly move this Court to stay proceedings until August 18, 2023 pending the filing of Plaintiff's Motion for Preliminary Approval of Class Action Settlement and Notice Plan. The Parties reached a settlement after participating in private mediation on June 20, 2023 and are in the process of preparing the formal settlement documents.

Currently pending before this Court is a Joint Motion to Extend the Class Certification Briefing Schedule Pending Mediation (Doc. 28). Pursuant to the Court's revised Preliminary Pretrial Conference Order, the current deadline for Plaintiff to file his motion for class certification is June 30, 2023 (Doc. 27). The Parties' Joint Motion previously requested this Court extend the briefing schedule for class certification to allow Defendant forty-five (45) days to file an opposition to

Plaintiff's motion (which would remain due by June 30, 2023), and Plaintiff thirty (30) days to file a reply.

The Parties have reached a settlement after participating in private mediation on June 20, 2023, with Attorney Bennett G. Picker, of Stradley Ronon Stevens & Young. The Parties believe a stay of proceedings is in the best interests of themselves and the Court, as it avoids potentially unnecessary motion practice and permits them to finalize settlement documents for submission to the Court on or before August 18, 2023.

WHEREFORE, the parties respectfully request that the Court stay proceedings in this matter until August 18, 2023 pending the filing of Plaintiff's Motion for Preliminary Approval of Class Action Settlement and Notice Plan.

Respectfully submitted,

**HELLMUTH & JOHNSON, PLLC**

Dated: June 22, 2023

/s/ *Nathan D. Prosser*
Nathan D. Prosser
Anne T. Regan
8050 West 78th Street
Edina, MN 55439
Tel: (952) 941-4005
nprosser@hjlawfirm.com
aregan@hjlawfirm.com

M. Anderson Berry
**CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Tel: (916)777-7777
*aberry@justice4you.com*

Terence R. Coates (admitted pro hac vice)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Tel: (513) 651-3700
*tcoates@msdlegal.com*

*Attorneys for Plaintiff
and the Proposed Class*

Respectfully submitted,

**MULLEN COUGHLIN, LLC**

Dated: June 22, 2023    */s/ Jordan S, O'Donnell*
Jordan S. O'Donnell
426 West Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (267) 930-4106
*jsodonnell@mullen.law*

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

  I, Jordan S. O'Donnell, counsel for Defendant Marten Transport, Ltd., state that on June 22, 2023, I filed a true and correct copy of the foregoing document via the Court's electronic filing system, which caused a copy to be served on all counsel of record.

Date: June 22, 2023        By: */s/ Jordan S. O'Donnell*
                   Jordan S. O'Donnell