# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **SCOTT LINMAN**, on behalf of himself and all others similarly situated, | Case No.: 3:22-cv-00204 |
| Plaintiff, | |
| v. | Judge District James D. Peterson |
| **MARTEN TRANSPORT, LTD.**, | |
| Defendant. | Magistrate Judge Stephen L. Crocker |

**DECLARATION OF TERENCE R. COATES IN SUPPORT OF PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

I, Terence R. Coates, hereby state that the following is true and accurate and based on my personal knowledge:

1.      I am the managing partner of the law firm Markovits, Stock & DeMarco, LLC ("MSD"). I am one of the members of proposed Class Counsel in this case representing Plaintiff Scott Linman and the putative Class and have monitored my firm's participation in this matter from 2022 to the present. The contents of this Declaration are based upon my own personal knowledge, my experience in handling many class action cases, and the events of this litigation.

2.      As proposed Class Counsel, my firm has been centrally involved in all aspects of this litigation from the initial investigation to the present. My co-counsel M. Anderson Berry and I have been the primary points of contact for Plaintiff and Class Counsel with counsel for Marten Transport Trasport, Ltd. ("Marten"). Class Counsel and Marten's counsel are experienced in class action litigation.

3.      I have practiced law since 2009 and have extensive experience handling complex class action cases. I am currently participating as a member of plaintiffs' counsel in over 70 data

1

breach and data privacy cases pending around the country, including serving as co-lead counsel for plaintiffs in *John v. Advocate Aurora Health, Inc.*, No. 22-CV-1253-JPS (E.D. Wis.) (co-lead class counsel for $12,225,000 data privacy class action settlement); *Tucker v. Marietta Area Health Care, Inc.*, No. 2:22-cv-00185 (S.D. Ohio) (co-lead counsel for a $1.75 million data breach class action settlement); *Vansickle v. C.R. England*, No. 22-cv-00374 (D. Utah) (co-lead counsel in data breach class action settlement in principle); *Migliaccio v. Parker Hannifin Corp.*, No. 1:22-CV-00835 (N.D. Ohio) (co-lead counsel for a $1.75 million data breach class action settlement); *Sherwood v. Horizon Actuarial Services, LLC*, No. 1:22-cv-1495 (N.D. Ga.) (court-appointed interim class counsel in a data breach class action that has reached a settlement in principle); *Phillips v. Bay Bridge Administrators, LLC*, No. 1:23-CV-022 (W.D. Tex.) (court-appointed interim class counsel); *Abrams v. Savannah College of Art & Design*, No. 1:22-CV-04297 (N.D. Ga.) (court-appointed class counsel for preliminarily-approved data breach class action settlement); *In re Cerebral, Inc. Privacy Practices*, No. 2:23-cv-1803 (C.D. Cal.) (interim co-lead class counsel in a data privacy class action); *In re U.S. Vision Data Breach Litigation*, No. 22-cv-06558 (D.N.J.) (court-appointed interim co-lead class counsel in data breach class action); *Tracy v. Elekta, Inc.*, No. 1:21-cv-02851-SDG (N.D. Ga.) (court-appointed interim class counsel); *In re Luxottica of America, Inc. Data Security Breach Litigation*, No. 1:20-cv-00908-MRB (S.D. Ohio) (court-approved interim co-liaison counsel); *Tate v. EyeMed Vision Care, LLC*, No. 1:21-cv-00036 (S.D. Ohio) (court-approved liaison counsel); *In re 20/20 Eye Care Network Inc. Data Breach Litigation*, No. 21-cv-61275 RAR (S.D. Fla.) (Plaintiffs' Executive Committee); *Baker v. ParkMobile, LLC*, No. 1:21-cv-02182 (N.D. Ga.) (Plaintiffs' Steering Committee); *Lutz v. Electromed, Inc.*, No. 0:21-cv-02198 (D. Minn.) (class counsel for an $825,000 data breach class action settlement); *In re Netgain Technology, LLC, Consumer Data Breach Litigation*, No. 21-cv-

1210, (D. Minn.) (Plaintiffs' Executive Committee); *Medina v. PracticeMax Inc.*, No. CV-22-01261 (D. Ariz.) (court-appointed Executive Leadership Committee); *Devine v. Health Aid of Ohio, Inc.*, No. CV-21-948117 (Cuyahoga County Court of Common Pleas, Ohio) (co-lead counsel for plaintiffs in data breach class action settlement); *Engle v. Talbert House*, No. A 2103650 (Hamilton County Court of Common Pleas, Ohio) (co-lead counsel for plaintiffs in data breach class actions settlement); *Bae v. Pacific City Bank*, No. 21STCV45922 (Los Angeles County Superior Court) (class counsel in $700,000 data breach class action settlement); and *In re Pawn America Consumer Data Breach Litigation*, No. 0:21-cv-02554 (D. Minn.) (plaintiffs' counsel).

4.     In addition to data privacy class actions, MSD has experience participating as class counsel several other notable and/or recent cases including: *Compound Property Management LLC v. Build Realty, Inc.*, 343 F.R.D. 378, (S.D. Ohio 2023) (appointing Markovits, Stock & DeMarco, LLC as class counsel and certifying classes for Civil RICO and breach of fiduciary duty claims); *Walker v. Nautilus, Inc.*, No. 2:20-cv-3414-EAS (S.D. Ohio) ($4.25 million common fund settlement); *Bechtel v. Fitness Equipment Services, LLC*, No. 1:19-cv-726-KLL (S.D. Ohio) ($3.65 million common fund settlement); *Ryder v. Wells Fargo Bank, N.A.*, No. 1:2019-cv-00638 (S.D. Ohio) (member of class counsel in a $12 million settlement on behalf of roughly 1,830 class members); *see also In re Toyota Motor Corp., Unintended Acceleration Marketing, Sales Practices & Products Liability Litig.*, MDL No. 2151 (C.D. Cal.) (served as counsel for the economic loss class action plaintiffs against Toyota that resulted in a settlement valued at $1.6 billion).

5.     Federal courts have recognized me and MSD as experienced in handling complex cases including class actions. *Shy*, 2022 WL 2125574, at *4 ("Class Counsel, the law firm Markovits, Stock & DeMarco, LLC, are qualified and are known within this District for handling

3

complex including class action cases such as this one."); *Bechtel v. Fitness Equip. Servs., LLC*, 339 F.R.D. 462, 480 (S.D. Ohio 2021) ("plaintiffs' attorneys have appeared in this Court many times and have substantial experience litigating class actions and other complex matters."); *Schellhorn v. Timios, Inc.*, No. 2:21-cv-08661, 2022 WL 4596582, at *4 (C.D. Cal. May 10, 2022) (noting that Class Counsel, including "Terence R. Coates of Markovits, Stock & DeMarco, LLC, have extensive experience litigating consumer protection class actions …."); *Bedont v. Horizon Actuarial Services, LLC*, No. 1:22-CV-01565, 2022 WL 3702117, at *2 (N.D. Ga. May 12, 2022) (noting that class counsel, including Mr. Coates, "are well qualified to serve as Interim Co-Lead Class Counsel and that they will fairly, adequately, responsibly, and efficiently represent all Plaintiffs in the Cases in that role.").

## THE SETTLEMENT

6.      The Settlement Agreement reached was negotiated at arms'-length and is the result of hard bargaining.  The Settlement of the $520,000 non-reversionary common fund was reached only through the guidance of mediator Bennett Picker, Esq. during a full-day mediation on June 20, 2023. The settlement in principle served as the foundation for entering into the Settlement Agreement on August 17, 2023. The establishment of the Settlement Fund will resolve claims arising from Marten's Data Incident that occurred between September 30, 2021, and October 4, 2021, impacting approximately 35,311 individuals' private information, including Social Security numbers. These facts strongly support that there was no collusion or illegality within the settlement process.

7.      The Settlement was reached after Defendant produced responses to Plaintiffs settlement discovery requests, the Parties exchanged information adequate to evaluate the merits of this case, including, confirming the number of individuals impacted by the Data Incident,

confirming that the types of information compromised are uniform for potentially all Class Members, discussing whether Defendant has email addresses for any Class Members, and evaluating other data breach settlements involving Social Security numbers and comparable class sizes. Marten also disclosed information relating to the cybersecurity enhancements implemented as a result of the Data Incident.

8.    The information provided in the discovery responses from Defendant permitted Plaintiff to properly evaluate damages on a class-wide basis.

9.    Class Counsel contacted several settlement administrators before selecting Analytics Consulting LLC ("Analytics") as the settlement administrator most suitable for this case. The Parties selected Analytics based on the scope of the work on settlement administration balanced against costs for such services. Any settlement administration costs and expenses will be deducted from the Settlement Fund. Accordingly, Class Counsel sought to select the settlement administrator offering the most comprehensive services for the best price. Analytics' quote for settlement administration and notice in this case is roughly $44,000.

## THE NOTICE PROGRAM IS ADEQUATE

10.    The Notice plan in this case consists of sending each Class Member the Short Notice with tear off claim form included via Regular U.S. Mail, and the Long Notice and full Claim Form will be posted on the Settlement Website. Additional case information including import documents from this case will also be posted on the Settlement Website.

## THE CLASS REPRESENTATIVE SERVICE AWARD OF $5,000.00 IS REASONABLE

11.    Plaintiff has been an adequate Class Representatives. He stayed informed about this litigation, responded to Defendant's discovery requests, reviewed, and approved the settlement demand and final settlement amount and Settlement Agreement, and spent substantial time and

effort protecting the Class's interests. Accordingly, the $5,000.00 Class Representative Service Award to the Plaintiff Scott Linman is reasonable given his efforts on behalf of the Class in this matter. Furthermore, the Class Representative Service Award here is less than what has been approved in other common fund data breach class action settlements. See *Lutz v. Electromed, Inc.*, No. 0:21-cv-02198 (D. Minn.) (approving a class representative service award of $9,900 in a data breach class action).

12.     Plaintiff was informed about the status of settlement negotiations and remained engaged as the Class Representative at all times during the pendency of this matter. He has no conflicts with the Class they seek to represent.

## THE SETTLEMENT IS FAIR, REASONABLE AND ADEQUATE AND PRELIMINARY APPROVAL IS APPROPRIATE

13.     Class Counsel believe the Settlement is fair, reasonable, and adequate.

14.     Furthermore, in my experience in handling over 70 data breach class action cases for plaintiffs, I can confirm that the $520,000 non-reversionary common fund settlement is fair and reasonable for 35,511 Class Members. I am also aware that my co-counsel are litigating over 100 data breach class actions for plaintiffs and also opine that the Settlement is fair and reasonable. Attached are firm bios for my firm (**Exhibit A**) and Messrs. Berry (**Exhibit B**) and Prosser (**Exhibit C**).

15.     The settlement of a $520,000 common fund for roughly 35,511 Class Members is a per person recovery of approximately $14.64 per class member. Class Counsel's opinion that this $520,000 Settlement is fair and reasonable for the approximately 35,511 Class Members is informed by other data breach class action settlements based on the per class member recovery amount. For example, the following chart identifies the per class member value based on the

common fund settlement amount for certain recent cases that also involved sensitive, private information such as Social Security Numbers:

| Case Name | Case Number | Settlement Amount | Class Size | Per Person |
|-----------|-------------|-------------------|------------|------------|
| *Reynolds v. Marymount Manhattan College* | No. 1:22-cv-06846 (S.D.N.Y.) | $1,300,000 | 191,752 | $6.78 |
| *Julien v. Cash Express, LLC* | No. 2022-CV-221 (Putnam Cty., Tenn.) | $850,000 | 106,000 | $8.02 |
| *Tucker v. Marietta Area Health Care* | No. 2:22-CV-00184 (S.D. Ohio) | $1,750,000 | 216,478 | $8.08 |
| ***Linman v. Marten Transport, Ltd.*** | **3:22-cv-00204 (W.D. Wis.)** | **$520,000** | **35,511** | **$14.64** |

Class Counsel and Plaintiff believe the Settlement case is fair and reasonable in that it exceeds the settlement amount recovered per class member in other recent data breach class action settlements.

## CLASS COUNSEL'S PROPOSED ATTRONEYS' FEES & EXPENSES ARE REASONABLE AND SHOULD PERMIT PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

16.     Under the Settlement, Class Counsel may seek up to 1/3 of the Settlement Fund ($173,333.33) as attorney's fees and up to $15,000.00 in expenses.

17.     Class Counsel have undertaken this case on a contingency fee basis and have not received any payment for their work in this case to date and have not been reimbursed for any of their litigation expenses.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.  Executed on August 18, 2023, at Cincinnati, Ohio.

*/s/ Terence R. Coates*
Terence R. Coates

7

# EXHIBIT A



## MARKOVITS, STOCK & DeMARCO, LLC

Markovits, Stock & DeMarco, LLC is a boutique law firm whose attorneys have successfully represented clients in some of the largest and most complex legal matters in U.S. history. Our deep and varied experience extends from representing businesses, public pension funds, and individuals in federal and state courts across the nation, to successfully arguing appeals at the highest levels of the legal system – including prevailing before the United States Supreme Court. This broad-based litigation and trial expertise, coupled with no overstaffing and overbilling that can typify complex litigation, sets us apart as a law firm. But expertise is only part of the equation.

"Legal success comes only from recognizing a client's goals and being able to design and effectively execute strategies that accomplish those goals. We understand that every client is different, which is why we spend so much time learning what makes them tick."

As the business world becomes increasingly complex, you need to be able to trust your law firm to help you make the right decisions. Whether you seek counsel in resolving a current conflict, avoiding a future conflict, or navigating the sometimes choppy state and local government regulatory waters, the lawyers at Markovits, Stock & DeMarco have both the experience and track record to meet your legal needs.

**BILL MARKOVITS**

Bill Markovits practices in the area of complex civil litigation, with an emphasis on securities, antitrust, RICO, and False Claims Act cases. Bill began his career as a trial lawyer at the U.S. Department of Justice Antitrust Division in Washington, D.C. He continued a focus on antitrust after moving to Cincinnati, where he became an adjunct professor of antitrust law at the University of Cincinnati Law School. Bill has been involved in the past in a number of notable cases, including: the Choice Care securities, antitrust and RICO class action in which the jury awarded over $100 million to a class of physicians; a fraud/RICO case on behalf of The Procter & Gamble Company, which resulted in a settlement of $165 million; an eleven year antitrust and RICO class action against Humana, including appeals that reached the United States Supreme Court, which culminated in a multi-million dollar settlement; and a national class action against Microsoft, in which he was chosen from among dozens of plaintiffs' attorneys to depose Bill Gates. More recently, Bill was: a lead counsel for plaintiffs in the Fannie Mae Securities Litigation that settled for $153 million; a lead counsel for plaintiffs in a class action against Duke Energy that settled for $80.75 million; and lead counsel for plaintiff in *Collins v. Eastman Kodak*, where he successfully obtained a preliminary injunction against Kodak on an antitrust tying claim. Based upon the result in *Collins*, Bill was a 2015 finalist in the American Antitrust Institute's Antitrust Enforcement Awards under the category "Outstanding Antitrust Litigation Achievement in Private Law Practice."

Bill has received a number of awards and designations, including current and past designations as a "Best Lawyer in America" in the fields of antitrust and commercial litigation.

## Education:

Harvard Law School, J.D. (1981), cum laude

Washington University, A.B. (1978), Phi Beta Kappa

## Significant and Representative Cases:

- *Collins v. Eastman Kodak*, United States District Court, Southern District of Ohio. Lead counsel representing Collins in antitrust tying claim, resulting in preliminary injunction against Kodak.
- *In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation*, United States District Court, District of Columbia. Co-lead counsel representing Ohio pension funds in securities class action that settled for $153 million.
- *Ohio Employees Retirement System v. Federal Home Loan Mortgage, aka Freddie Mac, et al.*, United States District Court, Northern District of Ohio, Eastern Division. Special counsel representing Ohio pension fund in securities class action.
- *Williams v. Duke Energy et al.*, United States District Court, Southern District of Ohio. Representing class of energy consumers against energy provider in complex antitrust and RICO class action that settled for $80.75 million.
- *In Re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, United States District Court, Central District of California. Former member of economic loss lead counsel committee, representing class of consumers in litigation relating to sudden acceleration.
- *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, United States District Court, Eastern District of Louisiana. RICO workgroup coordinator in class action resulting from oil spill.
- *In Re Microsoft Corp. Litigation*, United States District Court, District of Maryland. Member of co-lead counsel firm in antitrust class action.
- *Procter & Gamble v. Amway Litigation*, United States District Court, Southern District of Texas, at

Houston; United States District Court, District of Utah, at Salt Lake City. Member of trial team representing Procter & Gamble in obtaining jury verdict against Amway distributors relating to spreading of false business rumors.

- *United States ex rel. Brooks v. Pineville Hospital*, United States District Court, Eastern District of Kentucky. One of the lead counsel in successful False Claims Act litigation.
- *Procter & Gamble v. Bankers' Trust Litigation*, United States District Court, Southern District of Ohio. Co-counsel in successful $165 million settlement; developed the RICO case.
- *United States ex rel. Watt v. Fluor Daniel*, United States District Court, Southern District of Ohio. Co- lead counsel of successful False Claims Act case.
- *Forsyth v. Humana*, United States District Court, District of Nevada. Represented class of consumers in antitrust and RICO class action; successfully argued antitrust appeal; co-chaired successful Supreme Court appeal on RICO.
- *In Re Choice Care Litigation*, United States District Court, Southern District of Ohio, Western Division. Trial attorney on largest antitrust/RICO/securities verdict.

## Presentations & Publications:

- *"Implications of Sixth Circuit Collins Inkjet Corp. v. Eastman Kodak Co. Decision,"* American Bar Association panel discussion, December 10, 2015
- *"Defining the Relevant Market in Antitrust Litigation,"* Great Lakes Antitrust Seminar, October 29, 2010
- *"Beyond Compensatory Damages – Tread, RICO and The Criminal Law Implications,"* HarrisMartin's Toyota Recall Litigation Conference, Part II, May 12, 2010
- *"The Racketeer Influenced and Corrupt Organizations Act (RICO),"* HarrisMartin's Toyota Recall Litigation Conference, March 24, 2010
- *"The False Claims Act: Are Healthcare Providers at Risk?,"* presentation to Robert Morris College Second Annual Health Services Conferences, Integrating Health Services: Building a Bridge to the 21st Century, Moon Township, PA, October 9, 1997
- *"The Federal False Claims Act: Are Health Care Providers at Risk?,"* (Co-Speaker), Ohio Hospital Association, April, 1996
- *"A Focus on Reality in Antitrust,"* Federal Bar News & Journal, Nov/Dec 1992
- *"Using Civil Rico and Avoiding its Abuse,"* Ohio Trial, William H. Blessing, co-author, Summer 1992
- *"Antitrust in the Health Care Field,"* a chapter published in Legal Aspects of Anesthesia, 2nd ed., William H. L. Dornette, J.D., M.D., editor
- *Antitrust Law Update, National Health Lawyers Health Law Update and Annual Meeting (Featured Speaker)*, San Francisco, California, 1989

## Affiliations:

- American Association for Justice
- American Bar Association
- American Trial Lawyers Association
- Cincinnati Bar Association
- District of Columbia Bar Association (non-active)
- Hamilton County Trial Lawyers Association
- National Health Lawyers Association
- Ohio State Bar Association
- Ohio Trial Lawyers Association

## Courts Admitted:

- District of Columbia (1981)
- State of Ohio (1983)
- United States District Court, Southern District of Ohio (1983)
- U.S. Court of Appeals, 6th Circuit (1991)
- U.S. Court of Appeals, 9th Circuit (1995)
- U.S. Supreme Court, United States of America (1998)
- United States District Court, Northern District of Ohio (2008)

## PAUL M. DEMARCO

Paul M. De Marco is a founding member of Markovits, Stock & DeMarco, LLC. He is an Appellate Law Specialist certified by the Ohio State Bar Association and has handled more than 100 appellate matters, including cases before the Supreme Court of the United States, six federal circuits, and five state supreme courts.

Paul's practice also focuses on class actions and other complex litigation. During his 25 years in Cincinnati, Paul has been actively involved in successful litigation related to the U.S. Department of Energy's Fernald nuclear weapons plant, the Lucasville (Ohio) prison riot, Lloyd's of London, defective Bjork-Shiley heart valves, Holocaust-related claims against Swiss and Austrian banks, the Bankers Trust derivative scheme, Cincinnati's Aronoff Center, the San Juan DuPont Plaza Hotel fire, the Procter & Gamble Satanism rumor, the Hamilton County (Ohio) Morgue photograph scandal, defective childhood vaccines, claims arising from tire delamination and vehicle roll-over, racial hostility claims against one of the nation's largest bottlers, fiduciary breach claims against the nation's largest pharmacy benefits manager, and claims arising from the heatstroke death of NFL lineman Korey Stringer.

### Education:

College of Wooster (B.A., 1981)

University of the Pacific, McGeorge School of Law (J.D. with distinction, 1983)

University of Cambridge (1985)

### Significant and Representative Appeals:

- *Arthur Anderson LLP v. Carlisle*, 556 U.S. 624, 129 S.Ct. 1896 (2009): In a case involving allegations of a fraudulent tax shelter and accounting and legal malpractice, the Supreme Court of the United States resolved the issue of the rights of non-parties to arbitration clauses to enforce them against parties, which had divided the circuits.
- *Williams v. Duke Energy International, Inc.*, 681 F.3d 788 (6th Cir. 2012): In a case brought as a class action by a utility's ratepayers for selective payment of illegal rebates to certain ratepayers, the United States Court of Appeals for the Sixth Circuit reversed a district court's dismissal of the excluded ratepayers' claims that the utility violated the RICO statute, the Robinson-Patman Act, and the state corrupt practices act.
- *State of Ohio ex rel. Bd. of State Teachers Retirement Sys. of Ohio v. Davis*, 113 Ohio St.3d 410, 865 N.E.2d 1289 (2007): The Supreme Court of Ohio upheld the appellate court's issuance of the extremely rare writ of procedendo commanding the trial judge to proceed with a trial on claims he mistakenly believed the previous jury had resolved.
- *Chesher v. Neyer*, 477 F.3d 784 (6th Cir. 2007): The Sixth Circuit affirmed the district court's rejection of qualified immunity defenses raised by the Hamilton County (Ohio) coroner, his chief deputy, the coroner's administrative aide, a staff pathologist, and a pathology fellow in connection with the Hamilton County Morgue photo scandal.
- *State of Ohio ex rel. CNG Fin'l Corp. v. Nadel*, 111 Ohio St.3d 149, 855 N.E.2d 473 (2006): The Supreme Court of Ohio affirmed the appellate court's refusal to issue a writ of procedendo commanding the trial judge to halt injunctive proceedings and decide an arbitration issue.
- *Smith v. North American Stainless, L.P.*, 158 F. App'x. 699 (6th Cir. 2006): Rejecting a steel manufacturer's "up-the-ladder" immunity defense, the United States Court of Appeals for the Sixth Circuit reversed the district court's dismissal of a wrongful claim brought by the widow and estate of a steel worker killed on the job.
- *Procter & Gamble Co. v. Haugen*, 427 F.3d 727 (10th Cir. 2005): The United States Court of Appeals for the Tenth Circuit reversed the district court's dismissal of Procter & Gamble's Lanham Act claims, paving the way for a $19.25 million jury verdict in its favor.

- *Roetenberger v. Christ Hospital*, 163 Ohio App.3d 555, 839 N.E.2d 441 (2005): In this medical malpractice action for wrongful death, the Ohio court of appeals reversed the jury verdict in the physician's favor due to improper arguments by his attorney and instructional error by the trial court.
- *City of Cincinnati v. Beretta U.S.A. Corp.*, 95 Ohio St.3d 416, 768 N.E.2d 1136 (2002): In this landmark decision on public nuisance law, the Supreme Court of Ohio held that a public nuisance action could be maintained for injuries caused by a product — in this case, guns — if the design, manufacture, marketing, or sale of the product unreasonably interferes with a right common to the general public.
- *Norgard v. Brush Wellman, Inc.*, 95 Ohio St.3d 165, 766 N.E.2d 977 (2002): In an employee's intentional tort action alleging that his employer subjected him to long-term beryllium exposure, the Supreme Court of Ohio ruled that a cause of action for an employer intentional tort accrues when the employee discovers, or by the exercise of reasonable diligence should have discovered, the workplace injury and — here's the ground-breaking part of the holding — the wrongful conduct of the employer.
- *Wallace v. Ohio Dep't of Commerce*, 96 Ohio St.3d 266, 773 N.E.2d 1018 (2002): In overturning the dismissal of a suit against the state fire marshal for negligently inspecting a fireworks store that caught fire killing nine people, the Supreme Court of Ohio held for the first time that the common-law public-duty rule cannot be applied in cases against the state in the Ohio Court of Claims.

**Courts Admitted:**

- Ohio
- California
- Supreme Court of the United States
- U.S. Court of Appeals, 1st Circuit
- U.S. Court of Appeals, 4th Circuit
- U.S. Court of Appeals, 5th Circuit
- U.S. Court of Appeals, 6th Circuit
- U.S. Court of Appeals, 7th Circuit
- U.S. Court of Appeals, 9th Circuit
- U.S. Court of Appeals, 10th Circuit
- U.S. District Court, Southern District of Ohio
- U.S. District Court, Northern District of Ohio
- U.S. District Court, Eastern District of California
- U.S. District Court, Central District of California
- U.S. District Court, Southern District of California
- U.S. Court of Federal Claims

Since 1994, Paul has worked to promote professional responsibility among lawyers, serving first as a member and eventually the chair of the Cincinnati Bar Association Certified Grievance Committee, and since 2008 as a member of the Board of Commissioners on Grievances and Discipline of the Supreme Court of Ohio.

He also is a member of many legal organizations, including the Federal Bar Association, Ohio State Bar Association, Cincinnati Bar Association, American Bar Association, ABA Council of Appellate Lawyers, and the Cincinnati Bar Association's Court of Appeals Committee.

Paul was one of the founders of the Collaborative Law Center in Cincinnati, a member of Cincinnati's Citizens Police Review Panel (1999-2002), and a member of Cincinnati CAN and its Police and Community Subcommittee following the 2001 riots.

He currently serves on the boards of the Ohio Justice and Policy Center and the Mercantile Library and on the advisory committees of the Fernald Community Cohort and the Fernald Workers' Medical Monitoring Program.

**TERENCE R. COATES**

Terry Coates is Markovits, Stock & DeMarco's managing partner. His legal practice focuses on personal injury law, sports & entertainment law, business litigation and class action litigation. Mr. Coates is currently participating as a member of plaintiffs' counsel in the over 75 data breach cases pending around the country, including serving as co-lead counsel for plaintiff in *Migliaccio v. Parker Hannifin Corp.*, No. 1:22-CV-00835 (N.D. Ohio) (Class Counsel for $1.75 million data breach class action settlement); *Lutz v. Electromed, Inc.*, No. 0:21-cv-02198 (D. Minn.) (Class Counsel for $825,000 data breach class action settlement); *Abrams v. Savannah College of Art & Design*, No. 1:22-CV-04297 (N.D. Ga.) (Class Counsel for data breach class action settlement); *John v. Advocate Aurora Health, Inc.*, No. 22-CV-1253-JPS (E.D. Wis.) (Class Counsel in $12,225,000 data privacy class action settlement); *In re Cerebral, Inc. Privacy Practices*, No. 2:23-cv-1803 (C.D. Cal.) (interim co-lead class counsel in a data privacy class action); *In re U.S. Vision Data Breach Litigation*, No. 22-cv-06558 (D. N.J.) (court-appointed interim co-lead class counsel for plaintiffs); *Tucker v. Marietta Area Health Care, Inc.*, No. 2:22-cv-00185 (S.D. Ohio) (Class Counsel for $1.75 million common fund settlement); *Vansickle v. C.R. England*, No. 22-cv-00374 (D. Utah) (Class Counsel in data breach class action settlement in principle); *Tucker v. Marietta Area Health Care, Inc.*, No. 2:22-cv-00185 (S.D. Ohio) (Class Counsel for $1.75 million common fund settlement); *Sherwood v. Horizon Actuarial Services, LLC*, No. 1:22-cv-1495 (N.D. Ga.) (class counsel in data breach class action settlement in principle); *Tracy v. Elekta, Inc.*, No. 1:21-cv-02851-SDG (N.D. Ga.) (court-appointed interim class counsel); *Rodriguez v. Professional Finance Company, Inc.*, No. 1:22-cv-1679 (D. Colo.) (same).

**Education:**

Thomas M. Cooley Law School, J.D. (2009)

Wittenberg University, B.A. (2005)

**Representative Cases:**

- *Bechtel v. Fitness Equipment Services, LLC*, No. 1:19-cv-726-KLL (S.D. Ohio) ($3.65 million common fund settlement finally approved on September 20, 2022);
- *Bowling v. Pfizer, Inc.*, No. C-1-95-256 (S.D. Ohio) (Class Counsel for recipients of defective mechanical heart valves including continued international distribution of settlement funds to remaining class members);
- *Collins Inkjet Corp. v. Eastman Kodak Company*, No. 1:13-cv-0664 (S.D. Ohio) (trial counsel for Collins in an antitrust tying claim resulting in a preliminary injunction against Kodak – a decision that was affirmed by the Sixth Circuit Court of Appeals: *Collins Inkjet Corp. v. Eastman Kodak Co.*, 781 F.3d 264 (6th Cir. 2015));
- *Day v. NLO, Inc.*, Case No. C-1-90-67 (S.D. Ohio) (Class Counsel for certain former workers at the Fernald Nuclear weapons facility; the medical monitoring program continues);
- *In re Fannie Mae Securities Litigation*, Case No. 1:04-cv-1639 (D.D.C.) (represented Ohio public pension funds as Lead Plaintiffs in Section 10b securities class action litigation resulting in a $153 million court-approved settlement);
- *In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, & Products Liability Litigation*, MDL No. 2151 (C.D. Cal.) (represented plaintiffs and prepared class representatives for deposition testimony resulting in a court-approved settlement valued in excess of $1.5 billion);
- *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*, Case No. 09-1967 (N.D. Cal.) (represented NCAA, Olympic, and NBA legend, Oscar Robertson, in antitrust claims against the National Collegiate Athletic Association (NCAA), Collegiate Licensing Company (CLC), and Electronic Arts (EA) leading to a $40 million settlement with EA and CLC and the Court issuing a permanent injunction against the NCAA for unreasonably restraining trade in violation of antitrust law);
- *Linneman v. Vita-Mix Corp.*, No. 14-cv-748, (S.D. Ohio) (Class Counsel for a nationwide class of Vita-Mix blender consumers resulting in a nationwide settlement);

- *Ryder v. Wells Fargo Bank, N.A.*, No. 1:2019-cv-00638 (S.D. Ohio) (member of class counsel in a $12 million settlement on behalf of roughly 1,830 class members);
- *Shy v. Navistar International Corp.*, No. 92-cv-0333-WHR (S.D. Ohio) (class counsel for a class action settlement valued at over $742 million);
- *Walker v. Nautilus, Inc.*, No. 2:20-cv-3414-EAS (S.D. Ohio) ($4.25 million common fund settlement; and,
- *Williams v. Duke Energy*, No. 1:08-cv-00046 (S.D. Ohio) (representing class of energy consumers against energy provider in complex antitrust and RICO class action resulting in the court granting final approval of an $80.875 million settlement).

**Community Involvement:**
- Cincinnati Academy of Leadership for Lawyers (CALL), Class XXI, *Participant* (2017)
- Cincinnati Chamber of Commerce C-Change Class 9, *Participant* (2014)
- Cincinnati Chamber of Commerce, *Ambassador* (2014)
- Cincinnati Athletic Club, *President* (2015-2017)
- Cincinnati Athletic Club, *Vice President* (2014-2015)
- Cincinnati Bar Association, Board of Trustees, *Trustee* (2019-present)
- Cincinnati Bar Association, Board of Trustees, *Executive Committee* (2021-present)
- Cincinnati Bar Association, Board of Trustees, *Secretary* (2023-present)
- Cincinnati Bar Association, *Membership Services & Development Committee* (2014-present)
- Cincinnati Bar Association, *Run for Kids Committee* (2009-2014)
- Cincinnati Bar Association, *Social Committee* (2011-2014)
- Clermont County Humane Society, *Board Member* (2014-2017)
- Clermont County Humane Society, *Legal Adviser* (2017-present)
- Potter Stewart Inn of Court, *Executive Director* (2021-present)
- Summit Country Day High School, *Mock Trial Adviser* (2013-2016)
- St. Peter in Chains, Cathedral, Parish Council (2014-2017)

**Recognitions:**
- Super Lawyers, Rising Star (2014 – 2022)
- Super Lawyers, Super Lawyer (2022-present)
- Best Lawyers in America, Commercial Litigation (2020-present)
- Wittenberg University Outstanding Young Alumnus Award (2014)
- Cincinnati Bar Association, Young Lawyers Section Professionalism Award (2015)
- JDRF Bourbon & Bow Tie Bash, *Young Professional (Volunteer) of the Year* for the Flying Pig Marathon (2016)
- Cincinnati Business Courier, Forty Under 40 (2019)
- Cincinnati Cystic Fibrosis Foundation, Cincinnati's Finest Honoree (2020)

**Courts Admitted:**
- State of Ohio (2009)
- United States District Court, Southern District of Ohio (2010)
- United States District Court, Northern District of Ohio (2010)
- United States District Court, Eastern District of Michigan (2021)
- United States District Court, District of Colorado (2022)
- United States District Court, Eastern District of Wisconsin (2022)
- United States District Court, Western District of Michigan (2023)
- United States District Court, District of Nebraska (2023)
- United States Court of Appeals, Sixth Circuit (2018)

## JUSTIN C. WALKER

Justin C. Walker is Of Counsel at Markovits, Stock & DeMarco. Justin's practice areas are focused on complex civil litigation and constitutional law, with an emphasis on consumer fraud and defective products. Before joining Markovits, Stock & DeMarco in April 2019, Justin practiced at the Finney Law Firm, a boutique law firm specializing in complex litigation and constitutional law. At the beginning of his legal career, Justin served as a judicial extern for Senior United States District Judge Sandra S. Beckwith before taking a full-time position as a law clerk and magistrate in the Hamilton County Ohio Court of Common Pleas for the Honorable Norbert A. Nadel. After completing his clerkship, Justin took a position as a prosecutor, serving as first chair for multiple jury trials. Justin then entered private practice, shifting his practice to focus on litigation matters.

### Education:

University of Cincinnati, J.D. (2005)

Miami University, B.S. (2001)

### Courts Admitted:

- State of Ohio (2005)
- U.S. Court of Appeals, 6th Circuit (2017)
- U.S. District Court, Southern District of Ohio (2008)
- U.S. Bankruptcy Court, Southern District of Ohio (2009)

### Representative Cases:

- *Linneman v. Vita-Mix Corp.*, Case No. 15-cv-748, United States District Court, Southern District of Ohio (Co-Class Counsel for a nationwide class of Vita-Mix blender consumers resulting in a nationwide settlement).
- *Baker v. City of Portsmouth*, Case   No. 1:14-cv-512, 2015 WL 5822659   (S.D. Ohio Oct. 1, 2015)   (Co-Counsel for a class of property owners, the Court ruled that City violated the Fourth Amendment when it required property owners to consent to a warrantless inspection of their property or face a criminal penalty where not valid exception to the warrant requirement exists).
- *E.F. Investments, LLC v. City of Covington, Kentucky*, Case No. 17-cv-00117-DLB-JGW, United States District Court, Eastern District of Kentucky (Lead Counsel on case brought on behalf of local property owners, contending that City's rental registration requirements violated the Fourth Amendment resulting in a settlement).
- *State of Ohio ex rel. Patricia Meade v. Village of Bratenahl*, 2018-04409, Supreme Court State of Ohio (Co-Counsel on behalf of local taxpayer contending that Defendant's violated Ohio Open Meetings Law).
- *Dawson v. Village of Winchester*, United States District Court, Southern District of Ohio (Lead Counsel represented Plaintiff claiming Federal Civil Rights violations due to unconstitutional arrest and detainment).

### Affiliations and Presentations:

- Cincinnati Bar Association
- Clermont County Bar Association
- American Association for Justice
- "Municipal Bankruptcy: Chapter 9 – Should Cincinnati Consider Filing for Bankruptcy"
- "Ohio CLE Introduction to Bankruptcy for Lawyers CLE"

## CHRISTOPHER D. STOCK

Chris's legal practice focuses on securities class action and multi-district products liability litigation, as well as appellate advocacy. Serving as a judicial law clerk for Ohio Supreme Court Justice Terrence O'Donnell gave Chris invaluable insight into how courts synthesize and deconstruct legal arguments. Since then, Chris has briefed and argued numerous cases before the United States Court of Appeals for the Sixth Circuit, the Ohio Supreme Court, and Ohio appellate courts, including obtaining a rare summary reversal from the United States Supreme Court.

Chris also served as both Deputy First Assistant Attorney General and Deputy State Solicitor for Ohio Attorney General Jim Petro. In these positions, Chris was principal counsel to the Attorney General on a wide variety of legal and policy-oriented issues, including numerous constitutional and regulatory matters arising from state agencies, boards, and commissions. Prior to his service in state government, Chris was an attorney at a 500-lawyer nationally-recognized law firm.

He received multiple designations as an Ohio Super Lawyers "Rising Star."

### Education:

The Ohio State University, Moritz College of Law, J.D. (2002)

The Ohio State University, BA (1997)

### Significant Cases:

- *In re Fannie Mae Securities Litigation,* Case No. 1:04-cv-1639 (D.D.C.). Represented Ohio public pension funds as Lead Plaintiffs in Section 10b-5 securities class action litigation.
- *Ohio Public Employees Retirement System v. Freddie Mac, et al.,* Case No. 4:08-cv-160 (N.D. Ohio). Representing Ohio public pension funds as Lead Plaintiffs in Section 10b-5 securities class action litigation.
- *Williams v. Duke Energy,* Case No.: 1:08-CV-00046 (S.D. Ohio). Represented class of energy consumers against energy provider in complex antitrust and RICO class action.
- *Slaby v. Wilson,* Hamilton County Court of Common Pleas. Represented two private individuals who were falsely accused by a County Commissioner of murdering their child and covering up the child's death (as well as sexual abuse of child).
- *Kelci Stringer, et al. v. National Football League, et al.,* United States District Court, Southern District of Ohio, Western Division. Represented professional football player against NFL and helmet manufacturer in wrongful death/products liability litigation related to professional football player's death.
- *Susan B. Anthony List v. Driehaus,* United States District Court, Southern District of Ohio, Western Division. Represented former Congressman in defamation action against organization who published false statements about former Congressman's voting record and alleged influence over organization's commercial activities.
- *Mitchell v. Esparza,* Case No. 02-1369 (United States Supreme Court). Obtained summary reversal of Sixth Circuit decision on Eighth Amendment capital sentencing issue.
- *Cleveland Bar Association v. CompManagement, Inc.,* Case No. 04-0817 (Ohio Supreme Court). Represented the State of Ohio as amicus in landmark workers' compensation lawsuit.

### Presentations:

- Class Action Boot Camp: The Basics and Beyond (2012).
- Harris Martin Toyota Sudden Unintended Acceleration Litigation Conference: TREAD Act Liability and Toyota (2010).
- Harris Martin BP Oil Spill Litigation Conference: The RICO Act's Application to the BP Oil Spill (2010).

### Affiliations:

- Ohio State Bar Association
- Cincinnati Bar Association

**Courts Admitted:**

- State of Ohio (2002)
- United States District Court, Southern District of Ohio (2003)
- Sixth Circuit Court of Appeals, Ohio (2003)
- United States District Court, Northern District of Ohio (2007)

## DYLAN J. GOULD

Dylan is an associate attorney at Markovits, Stock & DeMarco. Dylan's practice primarily focuses on class action and complex civil litigation with an emphasis on cases involving consumer fraud and data privacy. He also has experience with matters related to sports & entertainment, personal injury, commercial law, civil conspiracy, and civil litigation under the RICO Act. At the University of Cincinnati College of Law, where he spent multiple semesters on the Dean's Honors List, Dylan was selected to the Trial Practice and Moot Court teams, participating in mock trial and appellate court competitions with law students across the country. Upon graduation, Dylan joined Markovits, Stock & DeMarco, where he quickly gained valuable experience in nearly every facet of the litigation process while skillfully guiding several cases to final judgment, including as a court appointed member of class counsel in multiple actions gaining final approval of class action settlement. In recognition of his achievements, Dylan was named an Ohio Super Lawyers Rising Star in 2021 and 2023. Aside from his litigation practice, Dylan is also a Certified Contract Advisor with the National Football League Players Association.

### Education:

University of Cincinnati, J.D. (2018)

University of Colorado at Boulder, B.A. (2015)

### Courts Admitted:

- State of Ohio (2018)

- United States District Court, Southern District of Ohio (2019)

- United States District Court, Northern District of Ohio (2022)

- United States District Court, Eastern District of Wisconsin (2022)

- United States Court of Appeals, Sixth Circuit (2023)

### Representative Cases:

- *Compound Property Management LLC v. Build Realty, Inc.*, No. 1:19-CV-133, 2023 WL 2140981 (S.D. Ohio Feb. 21, 2023) (granting contested class certification of claims related to complex real estate lending scheme in civil RICO action and appointing Mr. Gould as a member of class counsel);
- *Voss v. Quicken Loans*, No. A 2002899, 2023 WL 1883124 (Feb. 8, 2023 Ohio Com.Pl.) (granting contested class certification of action under Ohio Revised Code § 5301.36 and appointing Mr. Gould as member of class counsel);
- *Benedetto v. The Huntington National Bank*, No. A1903532 (Hamilton County, Ohio Court of Common Pleas) (served as member of class counsel in class action related to untimely mortgage releases that recently received final approval of class action settlement);
- *Engle v. Talbert House*, No. A2103650 (Hamilton County Court of Common Pleas, Ohio) (court appointed member of class counsel in data breach action that recently received final approval of class action settlement)
- *Lutz v. Electromed, Inc.*, No. 21-cv-2198 (D. Minn.) (court appointed member of class counsel in data breach action that recently gained preliminary approval of $825,000 settlement)
- *Reynolds v. Concordia University*, St. Paul, No. 0:21-CV-2560 (D. Minn.) (serving as a member of proposed class counsel for the plaintiff in case based on the unavailability of clinical experience for nursing students);

### Affiliations:

Cincinnati Bar Association                    Ohio State Bar Association

**JONATHAN T. DETERS**

Jon is a Cincinnati native whose legal practice is focused on complex civil litigation, class action litigation, personal injury law, and sports & entertainment law. Jon has been a litigator since the start of his career, and his clients have included individuals, businesses, local governments, and government officials. Jon's experience serving as both plaintiff and defense counsel make him uniquely qualified and well-suited to represent individual and corporate clients in litigation. Jon has been designated as an Ohio Super Lawyers "Rising Star" from 2019-present, which is a distinction awarded to less than 2.5% of Ohio attorneys under the age of 40.

Before joining Markovits, Stock & DeMarco in January 2022, Jon practiced at Schroeder, Maundrell, Barbiere & Powers, an Ohio law firm specializing in civil litigation, personal injury, and constitutional law. While in law school, Jon served as a constable in the Hamilton County Ohio Court of Common Pleas for the Honorable Steven E. Martin and worked as law clerk at the Law Office of Steven R. Adams.

**Education:**

Salmon P. Chase School of Law at Northern Kentucky University, J.D. (2015)

Xavier University, Cincinnati, Ohio, Honors Bachelor of Arts (2012)

**Representative Cases:**

- *Baker v. Carnine*, No. 1:19-CV-60 (2022), United States District Court, Southern District of Ohio
- *Jones v. Vill. of Golf Manor,* No. 1:18-CV-403 (2020), United States District Court, Southern District of Ohio
- *Vaduva v. City of Xenia*, 780 F. App'x 331 (2019), United States Court of Appeals, Sixth Circuit
- *Gillispie v. Miami Twp.*, No. 3:13-CV-416 (2017), United States District Court, Southern District of Ohio
- *City of Mt. Healthy v. Fraternal Ord. of Police, Ohio Lab. Council, Inc*., 101 N.E.3d 1163 (2017), Ohio First District Court of Appeals

**Community Involvement:**

- Cincinnati Bar Association, *Member*
- Ohio Bar Association, *Member*
- Boy Hope Girls Hope of Cincinnati, *Young Professionals Board Member*
- Board of Trustees of the New St. Joseph Cemetery, Cincinnati, Ohio, *Member*

**Courts Admitted:**

- State of Ohio
- United States District Court, Southern District of Ohio
- United States Court of Appeals, Sixth Circuit

# EXHIBIT B





**Arnold Law Firm
Biography**

**Sacramento Office**
865 Howe Avenue
Sacramento, CA 95825
916-777-7777
916.239.4778 (d)
415.595.3302 (c)

**Los Angeles Office**
6200 Canoga Ave, Ste 375,
Woodland Hills, CA 91367
Phone: 747.777.7748

**justice4you.com**

Founded in 1975 by Clayeo C. Arnold, the Arnold Law Firm is a litigation-oriented practice in Sacramento and Woodland Hills, California. In keeping with its founding principles, our firm consciously works for the interests of individual people and small businesses — not for large corporations or insurance companies.

The Arnold Law Firm prosecutes class action, mass tort, *qui tam*, product defect, employment, and personal injury cases. We pride ourselves on being a practice of trial lawyers, typically trying a minimum of ten cases per year to verdict. In addition to our practice throughout the state of California in both state and federal courts, we pursue class action, *qui tam* and multi-district litigation claims on a nationwide basis.

Our team of ten attorneys collectively encompass a broad, diverse professional background, including plaintiff contingency work, public entity representation, criminal defense, and civil defense. We have current and past board members of Capital City Trial Lawyers Association, as well as members of numerous prestigious professional organizations, including the American Board of Trial Advocates, American Association for Justice, Association of Trial Lawyers of America, and Consumer Attorneys of California.

Our firm's operating structure is based on teams directed towards specific practice areas. These teams regularly and intentionally collaborate and exchange information between their practice areas to improve the quality of representation for all of our clients.



**Arnold Law Firm Biography**

(continued)

Over four decades the Arnold Law Firm has developed a respected and extensive network of co-counsel and experienced contract counsel to rapidly expand our capabilities as necessary on an *ad hoc* basis (e.g., document review). We employ a robust staff of highly qualified, experienced assistants and paralegals to ensure that attorney time is spent in the most efficient manner possible.

The Arnold Law Firm employs technology to increase productivity, resulting in lower hourly billing, even though adverse parties eventually pay those bills. The firm increases efficiencies by using template software, client management software, and secure internet-based client management for mass tort or multi-plaintiff litigation. We also invest in appropriate billing and tracking software for contemporaneous hourly record keeping.

The Arnold Law Firm places substantial value on representing clients in a manner that is both effective and courteous. Integrity with clients, the courts, and adverse counsel are all considered to be as indispensable as successful results.

Our highly accomplished counsel has a long history of successfully handling class actions across a range of industries, including data breach cases.



## M. Anderson Berry Biography



The Arnold Law Firm has a proven track record of success and the ability to work efficiently and cooperatively with others. In addition, our firm has the availability and resources necessary to litigate complex class actions.

### M. Anderson Berry

M. Anderson Berry heads the data breach complex litigation and *qui tam* practices for the Arnold Law Firm. He brings substantial experience in complex litigation matters with a history of litigating in an efficient and practical manner, including Lead Class Counsel, Co-Lead Class Counsel, and Plaintiff's Executive Committee.

Mr. Berry has an extensive background in privacy and consumer/government fraud litigation, actively participating in a currently sealed False Claims Act case involving widespread cybersecurity fraud upon the United States, and the class action litigations filed in federal courts across the nation, set out below.

Mr. Berry was first selected as the Northern California Super Lawyers Rising Star in 2015 in the field of complex civil litigation.

Before joining the Arnold Law Firm in 2017, Mr. Berry worked as an Assistant United States Attorney for the Eastern District of California. As part of the Affirmative Civil Enforcement unit, Mr. Berry handled a wide variety of complex cases, recovering millions of dollars for the United States.

Before working for the Department of Justice, Mr. Berry practiced at one of the world's largest law firms, Jones Day, where he represented clients in international arbitration and complex commercial litigation, including defending class action allegations.



**M. Anderson Berry Biography**

(continued)

Mr. Berry attended the University of California, Berkeley, where he majored in English and graduated with highest honors. Anderson was inducted into the Phi Beta Kappa Honor Society and served as President of the English Undergraduate Associate.

After working as a private investigator for both criminal and civil investigations in the San Francisco Bay Area, Anderson graduated from U.C. Berkeley School of Law, where he was a Senior Editor for both the *Berkeley Journal of Criminal Law* and *Berkeley Journal of International Law*.

He was admitted to the California Bar in 2009 and is admitted to practice in the Northern, Eastern, Southern and Central Districts of California. Mr. Berry is also admitted to practice in the Northern District of Illinois, the Eastern District of Michigan and the Southern District of Indiana.

Mr. Berry was raised in Moraga, California.

### Select Data Breach Cases

*In Re: Snap Finance Data Breach*, 2:22-cv-00761-TS-JCB (D.UT.) (Co-Lead Counsel)

*Ware v. San Gorgonio Memorial Hosp.,* CVRI2301216 (Sup. Crt of CA, Riverside) (Co-Lead Counsel)

*Holmes v. Elephant Insurance Company, et al*., 3:22-cv-00487-JAG (E.D. VA.) (Co-Lead Counsel);

*In Re: Arthur J. Gallagher Data Breach Litigation,* 1:21-cv-04056 (N.D.Ill.) (Co-Lead Counsel);

*In Re: CaptureRx Data Breach Litigation*, 5:21-cv-00523 (W.D.TX.)(Co-Lead Counsel) (settled);

*Rossi v. Claire's Stores, 1*:20-cv-05090 (N.D. Il.) (Co-Lead Counsel) (settled);

*Desue v. 20/20 Eye Care Network, Inc. et al.,* 0:21-cv-61275 (S.D. Fla.) (Executive Comm.);



**M. Anderson Berry
Biography**

(continued)

*In re: Mednax Services, Inc. Customer Data Security Breach Litigation,* 21-MD-02994 (S.D. Fl.) (Executive Comm.);

*Hashemi et al. v. Bosley, Inc.* 2:21-cv-00946 (CD. Cal.) (Class Counsel) (settled);

*Heath et al. v. Insurance Technologies Corp et al.,* 3:21-cv-01444 (N.D. Tex.) (Class Counsel) (settled);

*Carrera Aguallo et al. v. Kemper Corporation et al.,* 1:21-cv-01883 (N.D. Ill.) (Class Counsel) (settled);

*Ahn et al. v. Herff Jones, LLC,* 1:21-cv-01381 (S.D. Ind.) (settled);

*Bitmouni v. Paysafe Limited,* 3:21-cv-00641-JCS (N.D. Cal.);

*Gaston v. FabFitFun, Inc.,* 2:20-cv-09534 (C.D. Cal.) (Class Counsel) (settled);

*Hamid et al. v. Canon, U.S.A., Inc. et al.* 1:20-cv-06380-AMD-SJB (E.D.N.Y.);

*In Re: Ambry Genetics Data Breach Litigation,* 8:20-cv-00791 (C.D. Cal.) (settled);

*In Re: Hanna Andersson and Salesforce.com Data Breach Litigation,* 3:20-cv-00812-EMC (N.D. Cal.) (Co-Lead Class Counsel) (settled);

*In Re: Morgan Stanley Data Security Litigation,* 1:20-cv-05914 (S.D.N.Y.) (settled);

*Pfeiffer et al. v. RadNet, Inc.,* 2:20-cv-09553-RGK-SK (C.D. Cal.)(Class Counsel) (settled);

*Thomsen v. Morley Companies, Inc.,* 1:22-cv-10271-TLL (E.D. Mi.) (settled);

*In re Lakeview Loan Servicing Data Breach Litigation,* 1:22-cv-20955-DPG (S.D. Fl.);

*Myron Schellhorn et al v. Timios, Inc.,* 2:21-cv-08661-VAP-JC (C.D. Ca.) (settled).

# EXHIBIT C



# HELLMUTH & JOHNSON CLASS ACTION LITIGATION

The Hellmuth & Johnson ("H&J") complex class action litigation team of attorneys has represented both plaintiffs and defendants in many of the most challenging antitrust, data breach, consumer fraud, mass tort, MDL, class action and complex business litigation cases in venues across the United States. Our experience successfully resolving high-profile, high-exposure cases includes matters involving price-fixing, data breaches, monopolization, unfair competition, consumer fraud, intellectual property, financial institutions, and sports law. H&J's commitment to efficiency and efficacy is the cornerstone of client service that we provide in every matter.

H&J has recently earned from *Forbes* a "most recognized for" designation in "Antitrust and Competition Law." In addition, H&J was recently named to the *Forbes* list of "America's Top Trusted Corporate Law Firms" in the field of Antitrust and Competition Law.

Because we have represented both plaintiffs and defendants, our attorneys have developed keen insights and experience, which allow us to provide unique perspectives and strategies in the representation of our clients. We are better able to understand and anticipate the objectives and tactics of opposing counsel, giving our clients a distinct advantage. We are particularly adept at avoiding unnecessary tasks and expenses in pursuit of the most favorable outcomes. H&J clients appreciate our commitment to try cases only when necessary to achieve the best possible result. If a trial is inevitable, our extensive experience, especially in complex matters, gives us a decided strategic advantage and enables us to utilize lean staffing all while delivering exceptional service and consistent results.

Our complex litigation group attorneys offer experience and in-depth knowledge across a wide range of industries, and utilizes their subject-matter knowledge to determine how the specific needs of our clients in each case relate to the broader implications of any dispute. Our complex litigation team has extensive experience with careful and thorough investigation and evaluation of the facts and applicable law, and with novel approaches to help our clients achieve success.

**Representative Experience of H&J Attorneys**

**CONSUMER FRAUD / DATA BREACH / FINANCIAL INSTITUTIONS**

The H&J complex litigation group attorneys have represented consumers, investors, and others as plaintiffs in consumer fraud, data breach, securities fraud, financial services, unfair competition, unfair business practices, product liability, mass tort, property rights, and ERISA claims. While a significant portion of the class action cases are part of MDL or federal district court proceedings, H&J attorneys are also commonly involved in state court class actions across the country.

**Representative Experience of H&J Attorneys**

*In re Pawn America Consumer Data Breach Litigation,* Case No. 0:21-cv-02554 (D. Minn.). Appointed Interim Co-Lead class counsel representing putative class of individuals whose highly sensitive personal data was exfiltrated in a cyber-security attack.

*Lutz v. Electromed, Inc., 21-cv-02198 (D. Minn.).* Appointed Co-Lead class counsel on final approval of data breach class-wide settlement on behalf of clients of the medical device company who suffered a cybersecurity breach of its network systems.

*Anderson et al. v. Fortra, LLC, 23-cv-0533 (D. Minn.).* Appointed Plaintiffs' Executive Committee Counsel on behalf of a putative class whose sensitive personal information was disclosed as part of a ransomware attack on Fortra's network systems.

*In re Lakeview Loan Servicing Data Breach Litig., 1:22-cv-20955 (S.D. Fla.).* Appointed to Plaintiffs' Law and Briefing/Class Certification Committee, representing a putative class of mortgage loan service customers damaged by a data breach of Defendants' network systems.

*In re Netgain Technology, LLC Consumer Data Breach Litigation,* 21-cv-01210 (D. Minn.). Appointed to Plaintiffs' Executive Committee member representing putative class of individuals whose highly sensitive personal data was exfiltrated in a cyber-security attack.

*Thomsen, et al. v. Morley Companies, Inc.,* 1:22-cv-10271 (E.D. Mich.). Member of plaintiff litigation group that successfully represented a class of individuals whose highly sensitive personal data was exfiltrated in a cyber-security attack.

*Desue, et al. v. 20/20 Eye Care Network, Inc., et al.,* 21-cv-61275 (S.D. Fla.). Appointed Executive Committee member representing putative class of individuals whose highly sensitive personal data was exfiltrated in a cyber-security attack.

*H&T Fairhills, Ltd., et al. v. Alliance Pipeline, L.P.,* Case No. 19-cv-01095 (D. Minn.). Lead counsel representing land interest holders in ND, MN, IA and IL in a class action involving the failure to pay those land interest holders compensation for damages caused by construction and maintenance of natural gas pipeline.

*Taqueria El Primo LLC et al. v. Farmers Ins., Co.,* 19-cv-03071 (D. Minn.). Represent certified class of Minnesota auto insurance consumers alleging violations of state consumer laws, breach of contract and declaratory judgment against defendant auto insurance provider for no-fault auto insurance violations in its sales practices.

*In re CenturyLink Residential Customer Billing Disputes Litigation,* MDL 1795 (D. Minn.). Executive committee member representing class for unlawful sales and billing practices in consumer fraud action.

*In re NHL Concussion Injury Litigation,* MDL 2551 (D. Minn.). Executive committee member representing retired players concerning the devastating long-term brain injuries including CTE, resulting from repeated concussive and sub-concussive blows sustained when playing in the NHL.

*In re Target Corporation Customer Data Security Breach Litigation,* MDL 2522 (D. Minn.). Member of lead counsel Daubert briefing team that successfully represented a class of individuals whose highly sensitive personal data was exfiltrated in a cyber-security attack.

*Haritos, et al. v. American Express Financial Advisors,* (D. Ariz.). Represented consumers who purchased financial plans tainted by conflicts of interest.

*In re Medtronic Securities Litigation.* (D. Minn.). Represented securities purchasers alleging misrepresentations and omissions regarding adverse outcomes relating to medical device.

*Menzel v. Beneficial Loan & Thrift Co.* (Minn. Dist. Ct.). Represented financial institutions in consumer class action by loan customers alleging improper addition of points to loan principal.

*Nathan, et al. v. Whirlpool Corp.,* 3:19-cv-00226 (D. Ohio). Represented putative class of consumers who purchased high performance KitchenAid blenders and allege violations of state consumer laws and breach of warranty claims for misrepresentations concerning the performance capabilities of its blenders.

*Barclay, et al., v. ICON Health & Fitness, Inc. et al.,* 0:19-cv-02970 (D. Minn.). Represent putative class of fitness equipment purchaser consumers alleging violations of state consumer laws and breach of warranty claims for misleading performance representations in the sale of treadmills.

*Bechtel v. Fitness Equipment Services, LLC,* 1:19-cv-00726 (N.D. Ohio). Represent putative class of fitness equipment purchaser consumers alleging violations of state consumer laws and breach of warranty claims for misleading performance representations in the sale of treadmills.

*Camden Asset Management, L.P. v. Sunbeam Corp. (S.D. Fla.).* Represented debenture holders in class action based on company's improper early recognition of sales to boost quarterly reported results.

## ANTITRUST LITIGATION

Our approach to antitrust matters is decidedly different from other firms. In addition to representing classes composed of individuals, businesses, and governmental entities, H&J has represented multi-national corporations, along with medium and small businesses as both plaintiffs and defendants. We are selective in the disputes we pursue and consistently position that litigation for success in the courtroom. H&J has found this approach yields the best results for our clients at the settlement table or at trial. We carefully consider the objectives and economic realities in every case, looking for the best way to achieve an outcome that meets the needs and expectations of our clients.

The experience and track record of our antitrust attorneys has been recognized in courts across the nation. We have reached settlements and judgments of approximately one billion dollars for our plaintiff clients, and we have successfully defended other clients in mitigating their most significant exposures. We have substantial experience both settling and trying the most challenging antitrust cases.

### Representative Experience of H&J Attorneys

*In re Microsoft Antitrust Litigation*, (MDL 1332 and Multiple State Class Cases). Represented indirect purchaser antitrust class action in federal MDL, and appointed co-lead counsel in several states including Minnesota, Iowa and Wisconsin, to represent separate state classes of indirect purchasers for Microsoft's illegal monopolization of the markets for personal computer operating system, word processing and spreadsheet software. Consultant to Canadian counsel for the prosecution of a nationwide indirect purchaser class action against Microsoft. Settlements of these actions totaled nearly $1 billion.

*In re Broiler Chicken Antitrust Litigation*, 16-cv-8637 (N.D. Ill.). Represent foodservice providers that purchased raw and processed chicken in case asserting coordinated supply cuts and price fixing.

*In re Interior Molded Doors Indirect Purchaser Antitrust Litigation*, 18-cv-850 (E.D. Va.). Represent consumers that purchased interior molded doors in case asserting coordinated price increases among purported competitors in price fixing conspiracy.

*In re Aftermarket Automotive Filters Antitrust Litigation,* MDL 1957 (N.D. Ill.). Co-Lead counsel of indirect purchaser class.

*In re NCAA Athletic Grant-In-Aid-Cap Antitrust Litigation,* MDL 2541 (N.D. Cal.). Representation of student athletes to recover shortfalls from grants intended to cover the cost of college attendance.

*In re DRAM Antitrust Litigation,* MDL 1486 (N.D. Cal.). Representation of a nationwide class of indirect purchasers for conspiracy to fix prices.

*In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL 1827 (N.D. Cal.). Representation of a nationwide class of indirect purchasers of LCD products, as flat panel televisions and computer monitors, in this multi-district antitrust class action filed against the world's leading manufacturers of thin-film transistor liquid crystal displays (TFT-LCD), and alleging that these companies engaged in a conspiracy to artificially inflate the prices of their LCD products.

*In re Suboxone Antitrust Litigation*, MDL 2445 (E.D. Pa.). Member of executive committee representing end-payors who alleged drug maker illegally sought to extend its drug monopoly and keep opiate addiction treatment off the market.

*State of New Mexico, et al., v. Visa, Inc., et al.* (New Mexico D. Ct., Santa Fe District). Special Assistant Attorney General to the State of New Mexico in case alleging payment card interchange fees violate state antitrust and consumer fraud laws.

*In re Midwest Milk Monopolization Litigation, MDL 83 (W.D. Mo.).* Represented milk cooperatives in defense of claims under Sections 1 and 2 of the Sherman Act.

*In re Viega Copper Press Fitting Antitrust Litigation*, Case No. 1:19-cv-00159 (M.D. Pa.). Represented nationwide class of indirect purchasers for conspiracy to fix prices through the tying of carbon steel press fittings and copper press fittings under state antitrust and consumer fraud laws.

## EMPLOYMENT LAW

H&J attorneys are at the forefront of cutting-edge employment issues in the context of class and collective action claims. We act intelligently and proactively every step of the way helping to identify the best options for resolving difficult and challenging conflicts and balancing the financial and emotional costs surrounding these disputes. Our experience in jurisdictions throughout the country involves success in settling and trying class claims involving independent contractor issues, ERISA, donning and doffing, discrimination, misclassification from overtime, and other wage and hour disputes.

### Representative Experience of H&J Attorneys

*In re FedEx Ground Package System Inc. Employment Practices Litigation*, MDL 1700 (N.D. Ind.). Member of Plaintiff's Steering Committee team representing misclassified package delivery drivers nationwide. Successfully challenged FedEx's independent contractor model in multiple cases brought under federal and state wage and hour laws and ERISA, leading to multi-million dollar class and aggregate settlements.

*DeKeyser, et al. v. ThyssenKrupp Waupaca, Inc.*, 1:08-cv-00488 (E.D. Wisc.). Class counsel in wage and hour case challenging foundry's practice of not compensating workers for pre- and post-shift work.

*Garner, et al. v. Butterball, LLC, et al.,* 4:10-cv-01025 (E.D. Ark.) Class counsel for Arkansas poultry processing workers who were not paid for time spent performing work before and after paid shifts. Obtained $4.25 million settlement and change in employer practices.

*Daud, et al. v. Gold'n Plump Poultry, Inc.,* 06-cv-4013 (D. Minn.). Successfully represented employees facing religious discrimination in the workplace, leading to a $1.35 million settlement and change in practices.

*Frank, et al. v. Gold'n Plump Poultry, Inc.,* 04-cv-1018 (D. Minn.) Class counsel for Minnesota and Wisconsin poultry processing workers who were not paid for time spent performing work before and after paid shifts. Settlement resulted in change of practices and $2.65 million monetary settlement for employees.

*Milner v. Farmers Ins. Exchange,* 27-cv-01-015004 (Hennepin County District Court). Represented class of Minnesota insurance claims adjusters misclassified as exempt from overtime laws. Jury found employer liable for misclassification; case settled after multiple appeals.

*In re KIA Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation,* MDL 3052 (C.D. Cal.). Representing a putative class of vehicle owners alleging KIA and Hyundai sold vehicles with substandard ignition security allowing thieves to bypass the ignition and start the vehicle without the keys inside.

## PRODUCT LIABILITY

*Tharpe v. Hyundai Motor Am., Inc.,* 8:21-cv-01428 (C.D. Cal.). Lead counsel representing a putative class of vehicle owners alleging Hyundai concealed and misrepresented a manufacturing defect causing the vehicle interior to emit a foul odor.

*In re Intel Corp. CPU Marketing, Sales Practices and Products Liability. Litigation,* MDL 2828 (D. Or.). Member of the Interim Plaintiffs' Steering Committee appointed to represent the interests of all Entity Plaintiffs nationwide for claimed security vulnerabilities in Intel's processors that may be exploited to permit unauthorized access to stored confidential information.

*In re Volkswagen "Clean Diesel" Marketing Sales Practices and Products Liability Litigation,* MDL 2672 (N.D. Cal.). Member of discovery team representing consumers defrauded by concealment of software which defeated clean air technology under normal vehicle operation.



# Hellmuth & Johnson – Class Action Attorney Profile

**Nathan D. Prosser -** Nate focuses his practice on complex civil litigation and class actions. His experience includes disputes involving consumer protection, data breach, antitrust and unfair competition, products liability, securities/financial fraud, and general business litigation. Nate has represented individual consumers, small businesses in consumer, data breach and price fixing matters, shareholders, institutional investors, and individual investors in financial fraud matters involving false or misleading material statements against publicly traded corporations, as well as misappropriation of funds by financial advisors. He was recognized on the Minnesota Rising Stars list from 2008-2012.

Nate also has unique experience in legal administration services as an e-discovery consultant and in class action administration making him extremely knowledgeable in understanding litigation technology capabilities and the associated costs. He has been retained by law firms and corporations to consult on numerous e-discovery processes including information governance, legal hold processes, data collection, and the processing, review, and production of electronically stored information. He is also well versed in Federal Rules of Civil Procedure 23, due process notice requirements and best practices.

Recent Representative Experience:
- *In re Pawn America Consumer Data Breach Litig.*, 21-cv-2554 (D. Minn.)  (Interim Co-Lead Counsel);
- *Anderson et al. v. Fortra, LLC*, 23-cv-0533 (D. Minn.) (Exec. Committee Chair);
- *Lutz v. Electromed, Inc.*, 21-cv-2198 (D. Minn.) (Co-Lead Counsel);
- *In re Netgain Technologies, LLC Consumer Data Breach Litig.*, 21-cv-1210 (D. Minn.) (Exec. Committee);
- *Taqueria El Primo, et al. v. Illinois Farmers Ins. Co.*, 19-cv-3071 (D. Minn.) (Interim Co-Lead Counsel);
- *Desue et al. v. 20/20 Eye Care Network, Inc.*, 21-cv-61275 (S.D. Fla.) (Exec. Committee);
- *Nathan, et al. v. Whirlpool, Corp.*, 19-cv-0226 (S.D. Ohio) (Co-Lead Counsel);
- *Bechtel et al. v. Fitness Equipment Services, LLC dba Sole Fitness*, 19-cv-0726 (S.D. Ohio) (Co-Lead Counsel);
- *Barclay, et al. v. ICON Health & Fitness*, 19-cv-2970 (D. Minn.) (Interim Co-Lead Counsel).

Education
- University of North Dakota School of Law, J.D., with distinction, 2003
- Concordia College (Moorhead), B.A., 1997

Admitted
- Minnesota State Court
- U.S. District Court for the District of Minnesota
- U.S. District Court for the District of North Dakota
- U.S. Court of Appeals for the Eighth Circuit