UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **SCOTT LINMAN**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MARTEN TRANSPORT, LTD.**,<br><br>Defendant. | Case No.: 3:22-cv-00204<br><br>Judge District James D. Peterson<br><br>Magistrate Judge Stephen L. Crocker |

### PLAINTIFF'S UNOPPOSED AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Under Federal Rule of Civil Procedure 23(e), Plaintiff Scott Linman ("Plaintiff") respectfully moves this Court to enter the Order Granting Preliminary Approval of Class Action Settlement (attached as **Exhibit 1**). Plaintiff consulted with Defendant before filing this Motion and determined that this Motion is unopposed. The grounds for the Court's potential granting of this unopposed Motion are included in the accompanying Memorandum in Support of Preliminary Approval of Class Action Settlement. Also, in support of this Motion, Plaintiff is filing the Amended Declaration of Terence R. Coates in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, together with its exhibits including the Amended Settlement Agreement, and the Amended Declaration of Richard W. Simmons of Analytics Consulting LLC in Support of Proposed Notice Program together with its exhibits including the Claim Form, Short Notice, and Long Notice.

Dated: December 8, 2023               Respectfully submitted,

/s/ *Nathan D. Prosser*
Anne T. Regan
Nathan D. Prosser

**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Fax: (952) 941-2337
aregan@hjlaw.com
nprosser@hjlawfirm.com

M. Anderson Berry (pro hac vice)
**CLAYEO C. ARNOLD, A PROFESSIONAL CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com

Terence R. Coates (pro hac vice)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com

*Attorneys for Plaintiff and the Proposed Class*