# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SCOTT LINMAN, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br>   v.<br><br>MARTEN TRANSPORT, LTD.<br><br>    Defendant. | Case No. 3:22-cv-00204<br><br>**JOINT MOTION TO VACATE TRIAL DATE AND DEADLINES PENDING COURT REVIEW OF PROPOSED CLASS-WIDE SETTLEMENT** |

Plaintiff Scott Linman ("Plaintiff") and Defendant Marten Transport, Ltd. ("Marten Transport"), by and through their undersigned counsel, move this Court to vacate this matter's scheduled trial date of July 15, 2024 and other related pre-trial deadlines pending the Court's review of the parties' proposed class-wide settlement, as set forth in Plaintiff's Unopposed Amended Motion for Preliminary Approval of Class Action Settlement, filed on December 8, 2023 (Docs. 37-40). In further support of their request, the parties state as follows:

1. On July 11, 2022, the Court issued its Pretrial Conference Order (Doc. 18), which scheduled a First Final Pretrial Conference for April 17, 2024; a Second Final Pretrial Conference for April 24, 2024; and Jury Selection and Trial for April 29, 2024. (Doc. 18).

2. On April 4, 2023, the Court modified the scheduling order to require submissions for the final pretrial conference by June 7, 2024, and responses by June 21, 2024; and scheduled the First Final Pretrial Conference for July 3, 2024; the Second Final Pretrial Conference for July 10, 2024; and Jury Selection and Trial on July 15, 2024. (Doc. 27).

3. On June 22, 2023, the parties filed a Notice of Settlement and Joint Motion to Stay Proceedings. (Doc. 29).

4. On June 26, 2023, the Court issued a text order striking the class certification deadline and stating it would reset that deadline and potentially others, while keeping the July 15, 2024 trial date in place, if Plaintiff did not timely file a motion for preliminary approval. (Doc. 30).

5. On August 18, 2023, Plaintiff filed his Unopposed Motion for Preliminary Approval. (Docs. 32-35).

6. On November 16, 2023, the Court issued an order denying the motion without prejudice, subject to re-filing by December 8, 2023 to address issues raised in the Court's order. (Doc. 36).

7. On December 8, 2023, pursuant to the Court's November 16, 2023, order, Plaintiff filed his Unopposed Amended Motion for Preliminary Approval. (Docs. 37-40).

8. To date, the Court has not ruled on that motion.

9. As the above-referenced trial date and related re-trial deadlines remain on the docket, including the requirement for pre-trial conference submissions today, the parties request that the Court vacate these deadlines until it has ruled on the pending class-wide settlement, as they do not presently intend to litigate their dispute any further.

Dated:  June 7, 2024                    */s/ Jordan O'Donnell*
                                        Jordan O'Donnell
                                        Paulyne Gardner
                                        **MULLEN COUGHLIN**
                                        426 W. Lancaster Avenue, Suite 200
                                        Devon, PA 19333
                                        Tel: 267-930-4106
                                        Email: jsodonnell@mullen.law
                                               pgardner@mullen.law

                                        *Attorneys for Defendant*

                                        */s/ Anne T. Regan*
                                        Anne T. Regan
                                        Nathan D. Prosser
                                        **HELLMUTH & JOHNSON PLLC**
                                        8050 West 78th Street
                                        Edina, MN 55439
                                        Tel: (952) 941-4005
                                        Email: aregan@hjlawfirm.com
                                               nprosser@hjlawfirm.com

                                        M. Anderson Berry (pro hac vice)
                                        **CLAYEO C. ARNOLD, A
                                        PROFESSIONAL LAW CORP.**
                                        865 Howe Avenue
                                        Sacramento, CA 95825
                                        Tel: (916) 239-4778
                                        Email: aberry@justice4you.com

Terence R. Coates (pro hac vice)
**MARKOVITZ, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Tel: (513) 651-3700
Email: tcoates@msdlegal.com

*Attorneys for Plaintiff and the Proposed Class*

### CERTIFICATE OF SERVICE

I, Jordan S. O'Donnell, counsel for Defendant Marten Transport, Ltd., state that on June 7, 2024, I filed a true and correct copy of the foregoing document via the Court's electronic filing system, which caused a copy to be served on all counsel of record.

Date: June 7, 2024        By: */s/ Jordan S. O'Donnell*
                              Jordan S. O'Donnell