UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **SCOTT LINMAN**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MARTEN TRANSPORT, LTD.**,<br><br>Defendant. | Case No.: 3:22-cv-00204-jdp<br><br>Judge District James D. Peterson<br><br>Magistrate Judge Stephen L. Crocker |

**PLAINTIFF'S AMENDED UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Under Federal Rule of Civil Procedure 23(e), Plaintiff Scott Linman ("Plaintiff") respectfully moves this Court to enter the proposed Order Granting Final Approval of Class Action Settlement (attached as **Exhibit 1** to the memorandum in support of this Motion) consisting of a $520,000.00 non-reversionary common fund settlement. The grounds for the Court's potential granting of this unopposed Motion are included in the accompanying Memorandum in Support of Final Approval of Class Action Settlement. Also, in support of this Motion, Plaintiff refers to the previously filed Plaintiff's Motion for Attorneys' Fees, Expenses, and Class Representative Service Award and its accompanying documents (ECF Nos. 45-50), the Declaration of Terence R. Coates in Support of Plaintiff's Unopposed Amended Motion for Preliminary Approval of Class Action Settlement (ECF No. 39), and the Declaration of Settlement Administrator Regarding Notice (filed concurrently and in support of this Motion).

Dated: October 29, 2024                                   Respectfully submitted,

/s/ *M. Anderson Berry*
M. Anderson Berry (*pro hac vice*)

**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
*aberry@justice4you.com*

Anne T. Regan
Nathan D. Prosser
**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Fax: (952) 941-2337
*aregan@hjlaw.com*
*nprosser@hjlawfirm.com*

Terence R. Coates (pro hac vice)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*

***Attorneys for Plaintiff and the Proposed Class***