**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **SCOTT LINMAN**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MARTEN TRANSPORT, LTD.**,<br><br>Defendant. | Case No. 3:22-cv-00204-jdp<br><br>Judge District James D. Peterson<br><br>Magistrate Judge Stephen L. Crocker |

**NOTICE OF SUPPLEMENTAL DECLARATION FILING**

Plaintiff Scott Linman ("Plaintiff"), by and through his attorneys, hereby notifies the Court that pursuant to the Court's Order dated November 25, 2024 (ECF 59), Plaintiff is filing the Supplemental Declaration of Kari Schmidt in Support of Plaintiff's Amended Unopposed Motion for Final Approval of Class Action Settlement attached hereto as **Exhibit A**.

Respectfully submitted,

Dated: December 3, 2024

/s/ *M. Anderson Berry*
M. Anderson Berry (*pro hac vice*)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
*aberry@justice4you.com*

Anne T. Regan
Nathan D. Prosser
**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Fax: (952) 941-2337
*aregan@hjlaw.com*
*nprosser@hjlawfirm.com*

2

Terence R. Coates (*pro hac vice*)
Dylan J. Gould (*pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*

***Attorneys for Plaintiff and the Proposed Class***

2