# COURTROOM MINUTES
## CIVIL

DATE: 12/5/2024    DAY: Thursday    START TIME: 10:05 am    END TIME: 10:28 am

JUDGE/MAG.: James D Peterson    CLERK: rks    REPORTER: PH

CASE NO.: 22-cv-204-jdp    CASE NAME: Scott Linman v. Marten Transport, Ltd.

**APPEARANCES:**

PLAINTIFF(S): Dylan Gould

DEFENDANT(S): Jordan O'Donnell

**PROCEEDING:**

☐ CONFIRMATION OF SALE

☐ CONTEMPT OF COURT

☐ MOTION FOR DEFAULT JUDGMENT

☐ ORDER TO SHOW CAUSE

☒ OTHER: Settlement Approval Hearing

Settlement Approval Hearing held.

Parties to docket revised proposed order and email it in word format to wiwd_jdp@wiwd.uscourts.gov
by the end of the week.

TOTAL COURT TIME: 0' 23"