IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT LINMAN, on behalf of himself
and all others similarly situated,

        Plaintiffs,

v.

MARTEN TRANSPORT, LTD.,

        Defendant.

Case No. 22-cv-204-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered certifying a class under Fed. R. Civ. P. 23 as follows:

> The individuals who received or were sent notice from Defendant Marten Transport, Ltd.'s September 30, 2021 to October 4, 2021 Data Incident. Excluded from the Class are: (1) the judge presiding over this Action, and members of his direct family; (2) Marten, its subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendant or its parents have a controlling interest and their current or former officers and directors; and (3) Class Members who submitted a valid Request for Exclusion prior to the Opt-Out Deadline.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered approving the settlement terms negotiated by the parties and described in the Amended Settlement Agreement and Release filed on December 8, 2023, Dkt. 39-1; finding that the settlement terms are a fair and reasonable resolution of a *bona fide* dispute between the defendant, the named plaintiff, and the members of the class; certifying Scott Linman as representative plaintiff for the class and awarding him a service payment of $5,000; awarding class counsel $152,000 in fees and reimbursement of $10,733.25 in expenses; awarding the class members $520,000, including any interest accrued thereon after

payment to the Settlement Administrator, this being the full and complete limit and extent of defendant's obligations with respect to the Settlement Agreement; and dismissing this case with prejudice.

This court retains jurisdiction over this case for the purpose of enforcing the parties' Amended Settlement Agreement and Release.

Approved as to form this __11TH__ day of December, 2024.

_____
James D. Peterson
District Judge

_____        December 11, 2024
Joel Turner                                                    Date
Clerk of Court